STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Display Technologies, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | CASE NO. 2:20-cv-11287 |
| *Plaintiff,* | |
| v. | **COMPLAINT FOR PATENT INFRINGEMENT** |
| **PAEDAE, INC. d/b/a GIMBAL** | |
| *Defendant.* | **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display") files this Complaint against PaeDae, Inc. d/b/a Gimbal ("Defendant" or "PaeDae") for infringement of United States Patent No. 9,300,723 (the " '723 Patent").

## PARTIES AND JURISDICTION

1.     This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2.    Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3.    Plaintiff is a Texas limited liability company with a place of business at 1801 NE 123rd Street, Suite 314, North Miami, FL 33161.

4.    On information and belief, Defendant is a Delaware corporation with a place of business at 360 E. 2nd Street, Suite 350, Los Angeles, California, USA, 90012.  On information and belief, Defendant may be served through its registered agent, A Registered Agent, Inc., 8 The Green, Ste. A, Dover, DE 19901.

5.    This Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.    Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

**<u>VENUE</u>**

7.    On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to be a resident of this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT PAEDAE, INC. D/B/A GIMBAL

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,300,723)

8.    Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9.    This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10.    Plaintiff is the owner by assignment of the '723 Patent with sole rights to enforce the '723 Patent and sue infringers.

11.    A copy of the '723 Patent, titled "Enabling social interactive wireless communications," is attached hereto as Exhibit A.

12.    The '723 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13.    Defendant has infringed and continues to infringe one or more claims, including at least Claim 1 of the '723 Patent by making, using, and/or selling media systems covered by one or more claims of the '723 Patent.  For example, Defendant makes, uses, and/or sells the Gimbal Proximity marketing system, and any similar products ("Product"). Defendant has infringed and continues to infringe the '723 Patent in violation of 35 U.S.C. § 271.

14.    Regarding Claim 1, the Product is configured for customers to receive a media file (e.g. notification or offer) by a media terminal (e.g. smartphone) from a media node (e.g. Bluetooth beacon) over a communication network (e.g. wireless network) through a communication link. Certain aspects of this element are illustrated

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

in the screenshots below and/or those provided in connection with other allegations herein.

**REACH**

Once you've identified who is important, reach them on any device through paid media or other marketing channels such as in-app, SMS, or email.

Cross-Device Reach

**OWN THE THE ENTIRE JOURNEY**

Reach consumers across all devices and channels such as mobile, tablet, desktop, and connected TV for a seamless experience.

Custom Audiences

Target exactly who you want and ensure your campaigns reach the right devices by building your own custom location-based audiences based on how often people visit your places or other places of interest and how long they stay.

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15
16

Source: https://gimbal.com/#reach
Source: https:https://gimbal.com/#reach//cloud4wi.com/resources/proximity-marketing-create-maximum-engagement-with-customers/
Source: https://gimbal.com/ad-platform/creative/

17
18
19
20
21
22
23

15.     The Product includes at least one media terminal in an accessible relation to at least one interactive computer network.  For example, the Product detects a smartphone (at least one media terminal) in range of Bluetooth signals. Certain aspects of this element are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

24
25
26
27
28

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT PAEDAE, INC. D/B/A GIMBAL



# PROXIMITY BEACONS

Gimbal Bluetooth Low-Energy Beacons set the standard for security, battery life, durability, ease-of-installation, and more.

# Micro-Location, Macro Scale

Engage a customer's mobile device from inches to 50 meters. We create low-energy, Bluetooth™ beacons with maximum flexibility, scalability, and security in mind to ensure our clients are deploying the best micro-location solution available.

Source: https://gimbal.com/beacons/

16.     The Product includes a wireless range structured to permit authorized access to said at least one interactive computer network.  For example, the Bluetooth signals detect the smartphone when the smartphone is within a certain wireless range. When within the wireless range, the smartphone can access the wireless network

6

(interactive computer network). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Micro-Location, Macro Scale

Engage a customer's mobile device from inches to 50 meters. We create low-energy, Bluetooth™ beacons with maximum flexibility, scalability, and security in mind to ensure our clients are deploying the best micro-location solution available.

Source: https://gimbal.com/beacons/
Source: https://gimbal.com/ad-platform/creative/

17.     The Product includes at least one media node disposable within said wireless range, wherein said at least one media node is detectable by said at least one media terminal.  For example, the media node (beacon) sends out continuous signals which are detected by the smartphone (at least one media terminal) when the smartphone is within range. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



# Proximity Enabled Applications

Applications that are using the Gimbal Proximity SDK are able to detect beacons which are in close proximity. Depending on the visibility level of the application and ownership of the beacon, more information about the beacon (including a given name, temperature and RSSI value) can be displayed. Below are some terms and information to give you a solid background on the Proximity Development Environment so you can provide a quality user experience.

Source: https://docs.gimbal.com/proximity_overview.html

18.    The Product includes at least one digital media file initially disposed on at least one of said at least one media terminal or said at least one media node, said at least one media terminal being structured to detect said at least one media node disposed within said wireless range. For example, marketers can store promotional information within the server (media node) which is pushed to the media terminal (smartphone) when the app residing within the smartphone (media terminal) detects the network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.





Source: https://gimbal.com/beacons/
Source: https://gimbal.com/ad-platform/creative/
Source: https://docs.gimbal.com/proximity_overview.html

19. The Product includes a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network. For example, when the app within the smartphone (media terminal) detects the network through the beacon (media node), it connects to a server through the network (interactive computer network). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.




## Proximity Enabled Applications

Applications that are using the Gimbal Proximity SDK are able to detect beacons which are in close proximity. Depending on the visibility level of the application and ownership of the beacon, more information about the beacon (including a given name, temperature and RSSI value) can be displayed. Below are some terms and information to give you a solid background on the Proximity Development Environment so you can provide a quality user experience.

Source: https://docs.gimbal.com/proximity_overview.html
Source: https://gimbal.com/data-cloud/

20.    The communication link is initiated by said at least one media terminal. For example, the network is the link for communication between media terminal (smartphone) and merchant.  The link is initiated by the smartphone (media terminal) when the smartphone (or app) detects the Bluetooth signal and joins the network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

## Proximity Enabled Applications

Applications that are using the Gimbal Proximity SDK are able to detect beacons which are in close proximity. Depending on the visibility level of the application and ownership of the beacon, more information about the beacon (including a given name, temperature and RSSI value) can be displayed. Below are some terms and information to give you a solid background on the Proximity Development Environment so you can provide a quality user experience.

Source: https://docs.gimbal.com/proximity_overview.html

21.    The at least one media node and said at least one media terminal are structured to transmit said at least one digital media file therebetween via said communication link.   For example, when the beacon (media node) detects a smartphone (media terminal), the merchant can target users by transmitting ads, notifications, etc. (digital media file) to be displayed on the smartphone (media terminal). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

# Filmstrip

## CHANGE YOUR PERSPECTIVE

This filmstrip rich media unit gives your advertising some much needed *depth*. By having some fun with perspective, you can create imagery that shifts dynamically as a user scrolls. Deliver an ad that your consumers want to dive into.



Source: https://gimbal.com/ad-platform/creative/

22.    The communication link is structured to bypass at least one media terminal security measure for a limited permissible use of the communication link by the media node to only transferring the at least one digital media file to, and displaying

---

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT PAEDAE, INC. D/B/A GIMBAL

the at least one digital media file on, the at least one media terminal.  For example, the communication link is structured so that it has the ability to display notifications (ad campaigns, offers, etc.) (digital media file) associated with the beacon that triggers the link. The media files are pushed to the smartphone (on which the app is running and through which the user has logged in, thus bypassing the security measure of the media terminal. Thus, the user does not need to enter a password each time they enter the network (bypassing the security measure). Users can receive notifications (digital media file) which are triggered on their smartphones (media terminal) by the merchant.  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

  

Source: https://play.google.com/store/apps/details?id=com.gimbal.hello.android&hl=en_US
Source: https://gimbal.com/ad-platform/creative/

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT PAEDAE, INC. D/B/A GIMBAL

23.     Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

24.     Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

25.     Plaintiff is in compliance with 35 U.S.C. § 287.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a)     Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b)     Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,300,723  (or, in the alternative, awarding Plaintiff running royalties from the time of judgment going forward);

(c)     Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d)     Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e)     Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: December 14, 2020                    Respectfully submitted,


                                            /s/ Stephen M. Lobbin
                                            Stephen M. Lobbin
                                            sml@smlavvocati.com
                                            SML AVVOCATI P.C.
                                            888 Prospect Street, Suite 200
                                            San Diego, California 92037
                                            (949) 636-1391 (Phone)

                                            ***Attorney(s) for Plaintiff Display
                                            Technologies, LLC***