STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Display Technologies, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, *Plaintiff*, v. PAEDAE, INC. d/b/a GIMBAL *Defendant.* | CASE NO.: 2:20-cv-11287-AB-AGR<br><br>**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF DISPLAY TECHNOLOGIES, LLC'S ANSWERS TO DEFENDANT PAEDAE, INC. d/b/a GIMBAL'S COUNTERCLAIMS

Now comes Plaintiff, Display Technologies, LLC ("Plaintiff," "Counterclaim Defendant," and/or "Display"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12, without admission of the legal sufficiency thereof and responding only to the factual allegations therein, and states as follows for its Answer and Defenses to Defendant and Counter Plaintiff PaeDae, Inc. d/b/a Gimbal's ("Defendant," "Counterclaim Plaintiff," and/or "Gimbal") Counterclaims [Doc. 12] (hereafter the "Counterclaims") as follows:

## PARTIES

1. Display has insufficient knowledge of the allegations contained in paragraph 1 and therefore denies same.

2. Admitted.

## JURISDICTION

3. Display incorporates by reference each of its answers in paragraphs 1-2 above.

4. Display admits that jurisdiction is proper.

5. Admitted.

6. Display admits that venue is proper.

## COUNT I

7. Display incorporates by reference each of its answers in paragraphs 1-6 above.

8. Display admits that an actual controversy exists concerning infringement of the '723 Patent.

9. Denied.

10. Denied.

11. Display admits that Gimbal seeks a declaratory judgment. Display denies any remaining allegations contained in paragraph 11.

## SECOND COUNTERCLAIM

12. Display incorporates by reference each of its answers in paragraphs 1-11 above.

13. Display admits that an actual controversy exists regarding validity of the '723 Patent. Display denies any remaining allegations contained in paragraph 13.

14. Denied.

15. Denied.

16. Display admits that Gimbal seeks a declaratory judgment. Display denies any remaining allegations contained in paragraph 16.

PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS

## PRAYER FOR RELIEF

To the extent a response is required, Display denies that Gimbal is entitled to any of the relief requested.

Dated: April 20, 2021                     Respectfully submitted,

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Display Technologies, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Stephen M. Lobbin*
**Stephen M. Lobbin**