STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Display Technologies, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, *Plaintiff*, v. PAEDAE, INC. d/b/a GIMBAL, *Defendant.* | CASE NO.: 2:20-cv-11287-AB-AGR **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Display Technologies, LLC, and Defendant PaeDae, Inc. d/b/a Gimbal, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counterclaims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: June 18, 2021 | Respectfully submitted, |
| | */s/Stephen M. Lobbin* |
| | Stephen M. Lobbin |
| | sml@smlavvocati.com |
| | SML AVVOCATI P.C. |
| | 888 Prospect Street, Suite 200 |
| | San Diego, California 92037 |
| | (949) 636-1391 (Phone) |
| | ***Attorney(s) for Plaintiff Display Technologies, LLC*** |
| | **FISH & RICHARDSON P.C.** |
| | By: */s/Ricardo Bonilla* |
| | Ricardo Bonilla |
| | **COUNSEL FOR DEFENDANT PAEDAE, INC. d/b/a GIMBAL** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/Stephen M. Lobbin*
**Stephen M. Lobbin**

SO ORDERED this _____ day of _____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**